**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Lakeisha Demerson, MD v. Kiesta Smith, Individually and as next friend of XXXXXX XXXXXX, a minor

Appellate case number:   01-22-00579-CV

Trial court case number: 2022-01500

Trial court:             270th District Court of Harris County

On August 17, 2022, the trial court reporter filed a recorder's record of two electronically recorded proceedings held on July 18, 2022. On August 30, 2022, this Court issued an order explaining that the filed record did not comply with Texas Rules of Appellate Procedure 34.6(a)(2) and 13.2 because the recorder's record did not contain certified copies of the court recorder's log(s). We ordered court reporter Julia Rivera to file certified copies of the required log(s) within 30 days of our order pursuant to Texas Rules of Appellate Procedure 34.6(a)(2) and 13.2.

On September 2, 2022, Ms. Rivera filed a court recorder's log for a separate hearing held on August 22, 2022, as well as a recording of that hearing. None of the required logs we ordered her to file for the two July 18, 2022 proceedings has been filed .

Pursuant to Texas Rules of Appellate Procedure 34.6(a)(2) and 13.2, court reporter Julia Rivera is **ORDERED** to file certified copies of the required log(s) for the July 18, 2022 hearings **within 30 days of the date of this order**.

Appellant's brief will be due 30 days after the court reporter files a compliant recorder's record for the July 18, 2022 hearings. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                    Acting individually


Date: September 8, 2022